# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHO VAN LE,                          :          Civil No. 1:26-CV-01373
                                     :
      Petitioner,                 :
                                     :
      v.                          :
                                     :
JEFFREY BUTLER, *et al.*,            :
                                     :
      Respondents.                :          Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 9th day of July, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

2) Petitioner shall be released from detention on **Friday, July 10, 2026, between 12:00 p.m. and 3:00 p.m.**

3) By **4:00 p.m. on the date of this order**, Petitioner shall be provided with a phone call to arrange for transportation after his release from detention.

4) Respondents shall return Petitioner's personal property upon release.

5) Petitioner shall abide by the conditions previously imposed by the U.S. Department of Homeland Security, Immigration and Customs Enforcement, on May 15, 2018, in the order of release on supervision, *see* Doc. 1-3.

6) Petitioner may file a motion for fees and costs under the Equal Access to Justice Act within 30 days of final judgment in this action.

                s/Jennifer P. Wilson
                JENNIFER P. WILSON
                United States District Judge
                Middle District of Pennsylvania