**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHO VAN LE, | : | Civil No. 1:26-CV-01373 |
| Petitioner, | : | |
| v. | : | |
| JEFFREY BUTLER, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

**MEMORANDUM**

On July 9, 2026, the court entered a memorandum and order granting Petitioner's petition for writ of habeas corpus. (Docs. 7, 8.) The court ordered Petitioner's released while awaiting travel documents for removal to Vietnam. (Docs. 7, 8.) The court did not enter judgment or close the case at that time. The same day, Respondents filed an emergency motion to stay the court's order of release because travel documents were received for Petitioner and he was scheduled to be removed to Vietnam within three weeks. (Docs. 9, 10.) The court granted the motion to stay and ordered Respondents to file a status report by August 3, 2026. (Doc. 11.) Respondents timely filed a status report advising the court that Petitioner was removed from the United States on July 28, 2026.

Accordingly, the court will now issue an appropriate order entering judgment in favor of Petitioner and closing this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Date: August 12, 2026