**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHO VAN LE, | : | Civil No. 1:26-CV-01373 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY BUTLER, *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 12th day of August, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED THAT** judgement is entered in favor of Petitioner and the Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania